**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 13 EAL 2015
:
           Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
TAIK ROLLING, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.